## (March 25, 1965)

■ RUTH SPICIARICH, an Infant, by Her Guardian ad Litem, JOHN SPICIARICH, Respondent, et al., Plaintiff, v. NEW YORK CITY HOUSING AUTHORITY, Appellant.— Order, entered on September 10, 1964, unanimously reversed on the law and on the facts, with $30 costs and disbursements to appellant, and the motion denied. In this case the infant suffered the injuries April 16, 1963. The notice of motion seeking leave to file a late notice of claim was dated June 24, 1964 and was returnable July 30, 1964. The court was without power to grant leave to file such late notice, since more than one year had expired from the date of the accident. (General Municipal Law, § 50-e.) Concur — Breitel, J. P., Valente, McNally, Stevens and Eager, JJ.

■ In the Matter of SCHENLEY INDUSTRIES, INC., Respondent, v. BENJAMIN A. JAVITS et al., Individually and as Copartners Practicing Law under the Name of JAVITS & JAVITS, Appellants.— Order, entered on February 5, 1965, granting the application of applicant-respondent for an order directing the examination of respondents-appellants for the purpose of framing a complaint, unanimously affirmed, with $30 costs and disbursements to applicant-respondent. In affirming, the court does not preclude respondents-appellants from applying at Special Term, if so advised, now or later, for the designation of a Referee to supervise the examination. Settle order on notice fixing date for examination to proceed. Concur — Breitel, J. P., Valente, McNally, Stevens and Eager, JJ.

■ ALEXANDER J. YUCHNITZ, Appellant, v. SOUTHGATE PROPERTIES, INC., et al., Respondents.— Judgment unanimously affirmed, with $50 costs to respondents. While we strongly disapprove of the conduct of the Trial Justice (see *Grady* v. *Royce,* 20 A D 2d 773; *Connelly* v. *City of New York,* 23 A D 2d 493; *Farmer* v. *City of New York,* 23 A D 2d 638), we are constrained to affirm because no actionable negligence was shown. Concur — Rabin, J. P., Valente, McNally, Stevens and Witmer, JJ.